WETMORE & CO.  pleaded the general issue, and averred that the endorsement

---

### WETMORE & CO. *vs.* HUNTER ET AL.

APPEAL FROM THE COURT OF THE SIXTH DISTRICT, FOR THE PARISH OF
NATCHITOCHES, THE JUDGE OF THE DISTRICT PRESIDING.

Judgment affirmed, with the maximum of damages.

This is an action against the maker and endorsers of a
note. Hunter the maker, and Bullard first endorser, waived
citation, and let judgment go by default, which was made
final on the production of the note and protest. The suit
was discontinued as to Smith, the other endorser, and Hun-
ter and Bullard appealed.

*Pierson* and *Carr*, for the plaintiffs and appellees, prayed the affirmance of the judgment, with ten per cent. damages.

*Martin J.*, delivered the opinion of the court.

This appeal is from a judgment against the drawer and endorser of a promissory note, and is evidently taken for the purpose of delay. The appellees have asked for damages, and we feel bound to give them.

It is, therefore, ordered, that said judgment be affirmed, with costs and ten per cent. damages.

Judgment affirmed, with the maximum of damages.